UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TASHIA MUSTAFA**,

*Plaintiff*,

v.

**CLARITY SERVICES, INC.**,

*Defendant*.

Case No: 8:24-cv-02610

## NOTICE OF SETTLEMENT WITH DEFENDANT CLARITY SERVICES, INC.

In accordance with Local Rule 3.09, the Plaintiff, TASHIA MUSTAFA ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, CLARITY SERVICES, INC. ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on March 4, 2025, by:

**SERAPH LEGAL, P.A.**

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to counsel for all parties.

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213
